848

Cir. Certiorari denied. *Frederick A. Ballard* for petitioner. *Edward M. Statland* for respondent.

No. 252. SUAREZ *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Angus M. Stephens, Jr.,* and *Barry L. Garber* for petitioner.

No. 275. WILLIS *v.* O'BRIEN, JUDGE. Sup. Ct. App. W. Va. Certiorari denied. *Jeremy C. McCamic* for petitioner.

No. 287. ABBOUD *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied. *Richard J. Bruckner* for petitioner.

No. 288. FOY *v.* NORFOLK & WESTERN RAILWAY CO. ET AL. C. A. 4th Cir. Certiorari denied. *Howard I. Legum* and *Louis B. Fine* for petitioner. *Thomas R. McNamara* for Norfolk & Western Railway Co., and *Robert R. MacMillan* for Brotherhood of Railroad Trainmen et al., respondents.

No. 291. METHODIST RIVER OAKS APARTMENTS, INC. *v.* CITY OF WACO ET AL. Ct. Civ. App. Tex., 10th Sup. Jud. Dist. Certiorari denied. *Thomas P. Brown III* for petitioner. *William Earl Bracken, Jr.,* for respondents.

No. 293. BUCCIERI ET AL. *v.* ILLINOIS CRIME INVESTIGATING COMMISSION. Sup. Ct. Ill. Certiorari denied. *Charles A. Bellows, John Powers Crowley* and *Anna Lavin* for petitioners. *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole* and *Donald J. Veverka,* Assistant Attorneys General, for respondent.

No. 362. NIEDZIEJKO ET AL. *v.* BOARD OF FIRE AND POLICE COMMISSIONERS OF THE CITY OF MILWAUKEE. Sup. Ct. Wis. Certiorari denied. *Dominick H. Frinzi* for petitioners. *Harry G. Slater* for respondent.

No. 437. OCEAN DRILLING & EXPLORATION CO. *v.* BERRY BROTHERS OIL FIELD SERVICE, INC. C. A. 5th Cir. Certiorari denied. *George B. Matthews* and *Daniel Huttenbrauck* for petitioner. *J. J. Davidson, Jr.,* for respondent.

No. 451. NOWELL *v.* NOWELL. Sup. Ct. Conn. Certiorari denied. *John T. Bonner* for petitioner. *Edgar W. Bassick III* for respondent.

No. 468. SMITH *v.* OREGON. Sup. Ct. Ore. Certiorari denied. *Howard R. Lonergan* for petitioner. *George Van Hoomissen* and *Jacob B. Tanzer* for respondent.

No. 93. PUBLIC SERVICE ELECTRIC & GAS CO. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 3d Cir. Motion of Northwest Jersey Natural Gas, Inc., et al. for leave to file brief, as *amici curiae,* granted. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. *Edward S. Kirby* for petitioner. *Solicitor General Marshall, Richard A. Solomon, Peter H. Schiff* and *William H. Arkin* for the Federal Power Commission; *Richard J. Connor, Thomas F. Ryan, Jr., Thomas F. Brosnan, Lawrence H. Gall* and *William N. Bonner, Jr.,* for Transcontinental Gas Pipe Line Corp., and *William K. Tell, Jr.,* and *James D. Annett* for Texaco Inc., respondents. *William T. Coleman, Jr., Robert W. Maris, Vincent P. McDevitt, Samuel G. Miller, David K. Kadane, Bertram D. Moll, Arthur J. Sills,* Attorney General of New Jersey, *William Gural,* Deputy Attorney General, *Scott Scammell, John R. Sailer* and *Robert C. Koury* on the motion.